SEALED

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

United States of America

v.

ALEJANDRO ALVARADO
JOSE LUIS MARTINEZ
JONATHAN ARROYO ONTIVEROS
FRANCISCO JAVIER ARROYO
MIGUEL ANGEL ORTIZ, MIGUEL ANGEL PEREZ
NOEL BUENO, JR. and ROBERT WAYNE WATSON

)
)
)
)
)
)
)
)

Case No.

6:21-mj- 1577

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 31, 2021 through present__ in the county of _____Orange_____ in the
____Middle____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a) | conspiracy to possess with intent to distribute and to distribute controlled substances, including methamphetamine, a schedule II controlled substance |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Robert W. Corley, Special Agent - FBI
_Printed name and title_

Sworn to before me over the telephone and signed by me
pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: 7/16/21

_Judge's signature_

City and state:           Orlando, Florida

Leslie R. Hoffman, U.S. Magistrate Judge
_Printed name and title_

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
U.S. District Court, FLMD
BY:

SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

ALEJANDRO ALVARADO
JOSE LUIS MARTINEZ
JONATHAN ARROYO ONTIVEROS
FRANCISCO JAVIER ARROYO
MIGUEL ANGEL PEREZ
MIGUEL ANGEL ORTIZ
NOEL BUENO, JR.
ROBERT WAYNE WATSON

Case No. 6:21-mj- 1577

21 U.S.C. § 846

**File Under Seal**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert W. Corley, Special Agent ("SA") of the Federal Bureau of Investigation ("FBI"), Jacksonville Field Office, Daytona Beach Resident Agency, being duly sworn, do depose and state the following:

1.      I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. I have been an FBI Special Agent since May of 2011. I am currently assigned to a squad that investigates criminal enterprises and violent gangs out of the Jacksonville Field Office, Daytona Beach Resident Agency, and I have been assigned to this position since 2013.  Prior to being an SA, I was a Captain in the United States Air Force.

2.     I have specialized training in narcotics identification, street-level drug trafficking, surveillance, organized crime, and drug abatement techniques. During the course of my law enforcement career, I have arrested individuals for various drug violations and have spoken with drug dealers, gang members, and informants concerning the methods and practices of drug trafficking. I am aware that drug traffickers often speak in guarded or coded language when discussing their illegal business in an effort to prevent detection. I have been involved in multiple narcotics-related arrests, and I am familiar with street terminology and how controlled substances are packaged, sold, smuggled, and transported.  Through my experience and training, I have become familiar with narcotics traffickers' methods of operation, including the distribution, storage, and transportation of narcotics, and the laundering of criminal proceeds and the financial facilitation of criminal activity. I have participated in investigations resulting in the arrests of individuals who have smuggled, received, and distributed controlled substances, and the arrests of individuals who have laundered proceeds derived from those illegal activities. These investigations have also resulted in seizures of illegal drugs and proceeds from the distribution of those illegal drugs. I have also conducted investigations concerning the identification of co-conspirators through the use of telephone records and bills, financial records, drug ledgers, photographs, and other documents. I have participated in the debriefings of many of those individuals arrested who later cooperated with the government. I have directed confidential informants and cooperating witnesses to successfully infiltrate narcotics enterprises for intelligence

2

gathering, participated in consensual recordings, and monitored purchases of controlled substances. I have executed search warrants for controlled substances and related documents and have conducted surveillance in connection with narcotics investigations.

3.      As a result of my personal participation in this investigation and reports provided to me by the Drug Enforcement Administration ("DEA"), Putnam County Sheriff's Office ("PCSO"), the Beaumont Police Department ("BPD"), as well as information obtained by them from other law enforcement agents, I am familiar with this investigation.  On the basis of personal familiarity and other information that I have reviewed and determined to be reliable, I   believe that ALEJANDRO ALVARADO ("ALVARADO"), NOEL BUENO JR. ("BUENO"), JOSE LUIS MARTINEZ ("J MARTINEZ"), FRANCISCO JAVIER ARROYO ("ARROYO"), MIGUEL ANGEL ORTIZ ("ORTIZ"), MIGUEL ANGEL PEREZ ("PEREZ"), ROBERT WAYNE WATSON ("WATSON"), and JONATHAN ONTIVEROS ("ONTIVEROS"), from an unknown date, but not later than or about October 31, 2020, and continuing to the present day in the Middle District of Florida and elsewhere, did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown, to distribute and possess with intent to distribute controlled substances, including methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 846, 841(a)(1).

## BASIS OF INFORMATION

4.      I make this Affidavit based upon my above-described training and experience, my personal knowledge derived from my participation in this investigation, and information I believe to be reliable from the following sources:

a.      oral and written reports, and documents about this investigation that I have received from members of the FBI, DEA, PCSO, BPD and other law enforcement agencies;

b.      discussions concerning this investigation with investigators experienced in investigating controlled substances offenses;

c.      physical surveillance conducted by the FBI, DEA, CBP, PCSO and other law enforcement agencies, the results of which have been reported to me either directly or indirectly;

d.      consensually recorded phone calls and text messages;

e.      public records;

f.      Lexis-Nexis records;

g.      telephone call detail records, pen register and trap and trace information, telephone subscriber information, historical and prospective phone location data, and historical text message content;

h.      historical content from  phone extractions;

i.      Florida Department of Highway Safety and Motor Vehicle ("DMV") records;

j.      National Crime Information Center ("NCIC") records

4

k.  Florida Integrated Network for Exchange and Retrieval ("FINDER")
    records; and

l.  Clear Thompson and Reuters ("CLEAR") records

m.  Intercepted communications over TARGET TELEPHONES, outlined
    below.

5.  Because this Affidavit is being submitted for the limited purpose of
securing authorization for the arrest of ALVARADO, BUENO, J MARTINEZ,
ARROYO, ORTIZ, WATSON, PEREZ, and ONTIVEROS, I have not included
each and every fact known to me concerning this investigation. I have set forth only
the facts that I believe are necessary to establish the foundation for a warrant
authorizing the arrest of ALVARADO, BUENO, J MARTINEZ, ARROYO,
ORTIZ, PEREZ, WATSON, and ONTIVEROS.

## CONFIDENTIAL SOURCES

6.  A cooperating source ("CS-1") has been cooperating with the Federal
Bureau of Investigation for several years. CS-1 cooperated with law enforcement for
monetary compensation and has received more than $24,000 for information
provided in past and current investigations. CS-1 has a criminal history which
includes driving while license suspended, domestic violence, contempt of court, and
distribution of cocaine. Information provided by CS-1 during previous investigations
has led to arrests, convictions, and seizure of narcotics and narcotics proceeds. The
information provided by CS-1 during this investigation has been corroborated by
other information learned by law enforcement in this investigation, therefore I

5

believe CS-1's information to be accurate and reliable and I believe CS-1 to be credible.

7.     A cooperating source ("CS-2") has been cooperating with the Drug Enforcement Administration for several years.  CS-2 cooperated with law enforcement for monetary compensation and has received approximately $5,000 for information provided in this investigation.  CS-2 has a criminal history which includes reckless endangerment, possession of marijuana, and deportable alien. Information provided by CS-2 during previous investigations has led to arrests, convictions, and seizure of narcotics and narcotics proceeds.  The information provided by CS-2 1 during this investigation has been corroborated by other information learned by consensual recordings, seizures and information learned by law enforcement in this investigation, therefore I believe CS-2's information to be accurate and reliable and I believe CS-2 to be credible.

8.     A cooperating source ("CS-3") has been cooperating with the Drug Enforcement Administration since January 2020.  CS-3 cooperated with law enforcement for monetary compensation and has received more than $10,000.00 for information provided in past and current investigations.  CS-3 has a criminal history which includes disorderly intoxication, possession of cocaine, dealing in stolen property, sale of a controlled substance, possession of marijuana, robbery and second degree homicide. Information provided by CS-3 during previous investigations has led to arrests, convictions, and seizure of narcotics and narcotics proceeds.  The

information provided by CS-3 has been corroborated by information learned by law enforcement in this investigation; therefore I believe CS-3's information is accurate.

## PROBABLE CAUSE

### December 21, 2020 Controlled Purchase of One Kilogram of Methamphetamine

9.      In December 2020, CS-2 stated that E.M. wanted to sell kilogram levels of methamphetamine. CS-2 identified telephone number (386) 666-9922 as a number used by E.M. I have reviewed pen register data for telephone number (386) 666-9922. On December 15, 2020 at approximately 2:07 p.m., CS-2 contacted telephone number (386) 666-9922, used by E.M. This call was not recorded because the tool for recording the phone call was inadvertently not started. CS-2 stated that E.M. agreed to meet in Crescent City, Florida to discuss the purchase of methamphetamine. Based on information from CS-2 and information developed over the course of the investigation, the drugs being distributed from Crescent City, Florida were being distributed to areas of Volusia County, Putnam County, Flagler County, and Polk County.

10.     On December 16, 2020, CS-2 met in person with E.M.  This meeting was monitored and recorded by law enforcement. The conversation took place in Spanish.  In summary, E.M. told CS-2 that E.M. could provide up to one kilogram of methamphetamine to CS-2.

11.     On December 21, 2020, law enforcement conducted a controlled purchase from E.M. for one kilogram of methamphetamine.  At approximately 1:45

p.m., CS-2 called telephone number (386) 666-9922, used by E.M.  Law enforcement observed the number as it was dialed on the phone and the call was recorded.  In summary, E.M. said, "Hey."  CS-2 said, "I'll be right there in ten minutes."  CS-2 said, "Alright."

12.     At 2:07 p.m., E.M. arrived at a business in Crescent City, Florida and directed CS-2 to follow E.M., who was driving a black Chevrolet Tahoe. Law enforcement observed the Tahoe travel to 116 Michael Drive, Crescent City, Florida – the home address of BUENO. Once at the residence, CS-2 entered the Tahoe. CS-2 exited the vehicle and returned to a predetermined meeting location. Law enforcement took control of a brown plastic bag. Inside was a large Ziploc bag containing a crystal like substance which field-tested positive for the presence of methamphetamine.

13.     CS-2 stated that upon arrival at the residence on Michael Drive, a Hispanic male, previously identified by CS-2 as BUENO, handed CS-2 the brown plastic bag.  CS-2 then entered E.M.'s vehicle to count and turn over $10,500 to E.M. for the methamphetamine.  The methamphetamine was subsequently tested and determined to be 948.7 grams of a substance that was 97% pure methamphetamine hydrochloride.

14.     Based on my training, experience, and knowledge of the case, I believe that BUENO conspired with E.M. and other persons, both known and unknown, to distribute and possess with intent to distribute approximately a kilogram of methamphetamine on December 21, 2020.

8

## January 12, 2021 Seizure of 10 Pounds of Methamphetamine

15.    Prior to January 12, 2021, CS-1 provided information about E.M. and numerous drug distributors in the Putnam County area.

16.    On January 12, 2021, the Beaumont Police Department initiated a traffic stop of a vehicle driven by ORTIZ after ORTIZ committed multiple traffic infractions in Beaumont, Texas.  During the stop, a narcotics K-9 alerted to the odor of narcotics and ORTIZ'S vehicle was searched.  During the search, officers located approximately 5 kilograms of a crystal like substance, which field tested positive for the presence of methamphetamine.  The substances recovered were later tested and determined to be 4,708 grams of a substance that was 96% pure methamphetamine hydrochloride.  I know that 4,708 grams is slightly more than 10.3 pounds.

17.    Officers also seized devices assigned telephone number (504) 756-8125 and telephone number (386) 588-9266 from ORTIZ.  Prior to January 12, 2021, CS-1 identified ORTIZ as generally associated with E.M. and drug distribution.  After January 12, 2021, CS-1 contacted law enforcement to notify them that associates of E.M. were aware that ORTIZ was arrested.  The FBI was able to located ORTIZ and his arrest based on this information.

18.    On January 14, 2021, a search warrant was signed by the honorable Raquel West, Magistrate Judge, Jefferson County, Texas.  The warrant authorized the search of the device assigned telephone number (504) 756-8125 and the device assigned telephone number (386) 588-9266.  Both of these phones were seized, along

with the ten pounds of methamphetamine and other items, on January 12, 2021 in ORTIZ's car.

19.     I have reviewed the results of these searches.  The searches of these cellular devices show multiple communications between ORTIZ, E.M., and others involved in drug distribution and importation between October 2020 through January 2021.  These coded communications, images, and locations retrieved from the ORTIZ phone indicate that ORTIZ was involved in transporting drugs from locations in Georgia to E.M. in Crescent City, Florida on or about October 31, 2020 and November 12, 2020 and again from a location in North Carolina to E. Martinez in Crescent City, Florida on or about December 14, 2020.  In addition, ORTIZ's phone showed that he was communicating in the days before the arrest and seizure of methamphetamine in Texas with (512) 938-2215, an Austin-based telephone number coordinating the pickup of approximately 10 pounds of methamphetamine that were found in his car. ORTIZ's home address on his driver's license is 182 Jaffa Road, Crescent City, Florida.

20.     On October 31, 2020, between approximately 10:12 a.m. and 10:26 a.m., there were five text messages between telephone number (386) 473-9448, used by E.M., and telephone number (504) 756-8125, used by ORTIZ.  CS-1 identified telephone number (386) 473-9448 as a number used by E.M.  In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| E.M. | 10/31/2020 | 10:12 a.m. | *"Let me know whenever you're 15 minutes away"* |
| ORTIZ | 10/31/2020 | 10:13 a.m. | *"Ok"* |
| ORTIZ | 10/31/2020 | 10:21 a.m. | *"45 there was a long line"* |
| E.M. | 10/31/2020 | 10:22 a.m. | *"Damn cuz you said 1 hour the dude is waiting"* |
| E.M. | 10/31/2020 | 10:26 a.m. | *"3462400894"* |

21.     Based on my training, experience and facts of this investigation, I believe ORTIZ was picking up methamphetamine on behalf of E.M.  E.M.wanted ORTIZ to tell E.M.when he would be 15 minutes from the location (*"Let me know whenever you're 15 minutes away"*) where E.M. anticipated that ORTIZ would be going.  ORTIZ told E.M. that he was 45 minutes away (*"45"*) and E.M.was upset (*"Damn cuz"*) because the person who was delivering the methamphetamine was already waiting at the location (*"dude is waiting."*)  E.M.provided the phone number (*"3462400894"*) of the person that would be meeting with ORTIZ to deliver the methamphetamine.

22.     On October 31, 2020, between approximately 10:52 a.m. and 11:57 a.m., there were nine text messages sent from telephone number (504) 756-8125, used by ORTIZ to telephone number (346) 240-0894, used by Unknown Co-conspirator-1 ("UCC-1").  I believe ORTIZ was communicating with UCC-1 to arrange the meeting between UCC-1 and ORTIZ.

11

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| ORTIZ | 10/31/2020 | 10:52 a.m. |  |
| ORTIZ | 10/31/2020 | 11:34 a.m. | *"10 min"* |
| ORTIZ | 10/31/2020 | 11:57 a.m. | *"En mercado"* |

23.     Based on my training, experience and the facts of this investigation, I believe ORTIZ sent a photograph of his location to UCC-1 so that UCC-1 would know that ORTIZ was on his way.  The timing of the communication indicates that ORTIZ was following E.M.'s instruction to notify UCC-1 (*"the dude"* who was *"waiting"*) as soon ORTIZ was nearby by texting the phone number that E.M. provided.  I have reviewed the metadata associated with the photograph taken using the device assigned call number (504) 756-8125.  The data shows the coordinates when the photograph was taken and I know the photograph was taken near Interstate 85 just south of Atlanta, Georgia.  Therefore, I believe ORTIZ was traveling to Atlanta to meet UCC-1.  Once ORTIZ arrived, he told UCC-1 that he was at the market (*"En mercado."*).

24.     On October 31, 2020, between approximately 2:41 p.m. and 11:40 p.m., there were two text messages between telephone number (386) 561-3258, used by E.M. and telephone number (504) 756-8125, used by ORTIZ.  CS-1 identified telephone number (386) 473-9448 as a number used by E.M. I have reviewed subscriber records for telephone number (386) 561-3258 and telephone number (386)

473-9448.  Both phones list "Gloria Ramos" as the subscriber.  Both phones listed
"104 McCarty's Court, Crescent City, Florida" as the subscriber address.  Both
phones were activated on May 24, 2019.  Therefore, I believe both phones were used
by E.M.  In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| ORTIZ | 10/31/2020 | 2:41 p.m. | *"Heading home"* |
| ORTIZ | 10/31/2020 | 11:40 p.m. | *"Yo wya im outside"* |

25.    Based on my training, experience and facts of this investigation, I
believe ORTIZ texted E.M. on telephone number (386) 561-3258 that he had
received the methamphetamine in Georgia and was driving back to Florida
("*Heading home.*") at 2:41 p.m.  When ORTIZ arrived at the location where he was
supposed to deliver the methamphetamine to E.M., ORTIZ told E.M. he was
outside the location ("*im outside.*").  The driving time from Georgia to Florida from
approximately 2:45pm ("*heading home*") to approximately 11:45 p.m. ("*im outside*") is
generally consistent with the timing of these text communications.

26.    On November 12, 2020, between approximately 5:24 a.m. and 7:31
a.m., there were five text messages between telephone number (386) 561-3258, used
by E.M., and telephone number (504) 756-8125, used by ORTIZ.  In summary the
messages stated:

| Sent From: | Date | Time | Texts | |
|---|---|---|---|---|
| E.M. | 11/12/2020 | 5:24 a.m. | *"What's going on"* | What's going on? |

13

| Sent From: | Date | Time | Texts | |
|---|---|---|---|---|
| ORTIZ | 11/12/2020 | 6:44 a.m. | *"I aint waiting Nymore I'm hearding back"* | I aint waiting Nymore I'm hearding back |
| ORTIZ | 11/12/2020 | 7:31 a.m. | *"yaba el muchacho paraya al mismo lugar"* | The youn man is on his way there to the same place |
| E.M. | 11/12/2020 | 7:31 a.m. | *"3462400849"* | 3462400849 |
| E.M. | 11/12/2020 | 7:31 a.m. | *"call him"* | call him |

27.    Based on my training, experience and the facts of this investigation, I believe ORTIZ was supposed to meet with UCC-1 to receive methamphetamine on behalf of E.M..  When UCC-1 did not show up to the meeting location ORTIZ became frustrated and wanted to leave ("*I aint waiting Nymore.*")  E.M.told ORTIZ that UCC-1 was going to meet ORTIZ at the same location that ORTIZ and UCC-1 met during a previous trip ("*on the way there to the same place*").  E.M. provided UCC-1's phone number ("*3462400849*"), the same number provided in the prior transaction, so that ORTIZ could contact UCC-1 directly ("*call him.*").

28.    On November 12, 2020, at approximately 7:37 a.m., there was a text message between telephone number (346) 240-0894, used by UCC-1 and telephone number (504) 756-8125, used by ORTIZ.  In summary the message stated:

| Sent From: | Date | Time | Texts | Translation |
|---|---|---|---|---|
| ORTIZ | 11/12/2020 | 7:37 a.m. | *"Encuanto tiempo"* | When? |

29.    Based on my training, experience and facts of this investigation, I

14

believe that after E.M. directed ORTIZ to call UCC-1, ORTIZ sent a message to telephone number (346) 240-0894, used by UCC-1. ORTIZ wanted UCC-1 to ask ORTIZ when ("*Encuanto tiempo*") UCC-1 would arrive at the meeting location to provide ORTIZ with methamphetamine.

30.     On November 12, 2020, between approximately 7:54 a.m. and 8:28 a.m., there were five text messages between telephone number (386) 473-9448, used by E.M. and telephone number (504) 756-8125, used by ORTIZ. In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| E.M. | 11/12/2020 | 7:54 a.m. | "*Be at the same spot don't move from there*" |
| E.M. | 11/12/2020 | 7:54 a.m. | "*Where you always meet him at*" |
| ORTIZ | 11/12/2020 | 8:20 a.m. | "*He ain't answering or coming*" |
| ORTIZ | 11/12/2020 | 8:27 a.m. | "*Somebody called but didn't say anything and hung up*" |
| E.M. | 11/12/2020 | 8:28 a.m. | "*Text then tell them is you*" |

31.     Based on my training, experience, I believe E.M. wanted ORTIZ to keep waiting at the same location where UCC-1 previously met ORTIZ ("*at the same spot*"). ORTIZ did not believe UCC-1 was going to show up ("*He ain't answering or coming*"). As they did on October 31, 2020, ORTIZ and E.M. also switched phones between telephone number (386) 561-3258 and (386) 473-9448 in the middle of their conversation – using telephone number (386) 561-3258 at 7:31 a.m. and (386) 473-9448 at 7:54 a.m. Based on my training and experience, I know that drug traffickers

15

use multiple cell phones to communicate in order to complicate law enforcement efforts. ORTIZ and E.M.'s switching phones within the same conversation appears to be such an effort. The continuous nature of the text conversation also indicates that same individual – E.M.– was using both telephone number (386) 561-3258 and (386) 473-9448.

32.     On November 12, 2020, between approximately 3:28 p.m. and 4:33 p.m., there were several text messages between telephone number (678) 865-7591, used by Unknown Co-Conspirator-2 ("UCC-2") and telephone number (504) 756-8125, used by ORTIZ. These messages were in Spanish. In summary the messages stated:

| Sent From: | Date | Time | Texts | Translation |
|---|---|---|---|---|
| UCC-2 | 11/12/2020 | 3:28 p.m. | *"Marca 541 para entrar alos apts"* | Dial 541 to enter the apartments. |
| UCC-2 | 11/12/2020 | 3:47 p.m. | *"Ay estoy en 20 minutes"* | I will be there in 20 minutes. |
| ORTIZ | 11/12/2020 | 4:01 p.m. | *"Muy bien estamos a misma disristanci"* | Very good, we are at the same distance. |
| ORTIZ | 11/12/2020 | 4:11 p.m. | *"Ok aqui lo espero"* | I will wait for you here. |
| UCC-2 | 11/12/2020 | 4:26 p.m. | *"Voy llegando"* | I am almost there. |
| ORTIZ | 11/12/2020 | 4:33 p.m. | *"Honda rojo"* | Red Honda. |
| ORTIZ | 11/12/2020 | 4:33 p.m. | *"No lo encuentro"* | I cannot find it. |
| UCC-2 | 11/12/2020 | 4:33 p.m. | *"Ok"* | Ok. |

33.     Based on my training and experience, I believe ORTIZ expected to meet with UCC-1 to receive methamphetamine. After waiting several hours, ORTIZ

was directed to meet with UCC-2. UCC-2 told ORTIZ to go to apartments and use

541 to enter an exterior gate to the complex or area ("Dial 541 to enter the

apartments"). UCC-2 indicated he was 20 minutes away and, 14 minute later,

ORTIZ indicated he was "the same distance" from the meeting location. ORTIZ

also had to provide a description of his vehicle to facilitate the meeting. I believe

ORTIZ received methamphetamine from UCC-2 in Georgia and transported it back

to Florida.

34.     On November 16, 2020, at approximately 8:52 p.m., Mexican

telephone number +52 55 6537-3530, used by Mexican conspirator A.B.J., called

telephone number (386) 473-9448, used by E.M. This call lasted approximately two

minutes twenty-seven seconds.

35.     On November 17, 2020, between approximately 5:47 a.m. and 6:02

a.m. there were five text messages between telephone number (386) 666-9922, used

by E.M.and (504) 756-8125, used by ORTIZ. CS-2 had identified (386) 666-9922 as a

number used by E.M. and E.M. used this cell phone in the December 21, 2020

controlled sale of methamphetamine to law enforcement. In summary the messages

stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| E.M. | 11/17/2020 | 5:47 a.m. | *"Send me the number cuh"* |
| ORTIZ | 11/17/2020 | 5:47 a.m. | *"OK"* |
| ORTIZ | 11/17/2020 | 5:52 a.m. | *"U git it"* |
| E.M. | 11/17/2020 | 6:00 a.m. | *"No"* |

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| E.M. | 11/17/2020 | 6:02 a.m. | *"U call him"* |

36.    Based on my training and experience, I believe E.M. wanted ORTIZ to send E.M. the number for the unnamed conspirator (*"send me the number"*).  On November 17, 2020, at approximately 6:57 a.m., telephone number (386) 473-9448, used by E.M., attempted to contact Mexican telephone number +52 55 6537-3530.  I believe ORTIZ was on his way to Georgia to pickup methamphetamine on behalf of E.M..  I believe E.M. coordinated this deal with A.B.J. on the phone call made on November 16, 2020 at 8:52 p.m.

37.    On November 17, 2020, between approximately 7:08 a.m. and 8:41 a.m. there were several text messages between telephone number (678) 865-7591, used by UCC-2 and (504) 756-8125, used by ORTIZ. In summary the messages stated:

| Sent From: | Date | Time | Texts | Translation |
|---|---|---|---|---|
| ORTIZ | 11/17/2020 | 7:08 a.m. | *"OigA voy a ir con usted denuevo"* | Listen, I will go see you again. |
| UCC-2 | 11/17/2020 | 7:40 a.m. | *"Quien es"* | Who is this? |
| ORTIZ | 11/17/2020 | 7:52 a.m. | *"El del jueves en Los apartamentos"* | The one from Thursday, at the apartments. |
| ORTIZ | 11/17/2020 | 8:16 a.m. | *"Misma clave"* | Same code? |
| ORTIZ | 11/17/2020 | 8:19 a.m. | *"Clave para entrar ya estoy llegando"* | Code to enter, I am almost there. |
| UCC-2 | 11/17/2020 | 8:20 a.m. | *"451"* | 451 |
| UCC-2 | 11/17/2020 | 8:30 a.m. | *"Hey"* | Hey |

| Sent From: | Date | Time | Texts | Translation |
| --- | --- | --- | --- | --- |
| ORTIZ | 11/17/2020 | 8:41 a.m. | *"Boy entrando"* | I am entering. |

38.     Based on my training and experience, I believe ORTIZ travelled to the same apartment complex he visited on November 12, 2020 and met with UCC-2 to receive methamphetamine again on the morning of November 17, 2020.  ORTIZ identified himself as "the one from Thursday," and "at the apartments" and knew to ask about a code to enter a gated area.  November 12, 2020 was a Thursday.  I believe this occurred in Georgia and ORTIZ transported the methamphetamine back to the Middle District of Florida.

39.     On November 17, 2020, at approximately 8:54 a.m., Mexican telephone number +52 55 6537-3530 called telephone number (386) 473-9448, used by E.M..  This call lasted approximately 1 minute and 8 seconds.  At approximately 9:04 a.m., Mexican telephone number +52 55 6537-3530 called telephone number (386) 473-9448, used by E.M..  This call lasted approximately 57 seconds.  Based on the timing of this call and the timing of the text communications on ORTIZ's phone, E.M. and A.B.J. discussed the deal between ORTIZ and UCC-2.

40.     On November 17, 2020 between approximately 2:41 p.m. and 6:56 p.m. there were several text messages between Mexican telephone number +52 55 6537-3530, used by A.B.J., and (504) 756-8125, used by ORTIZ. In summary the messages stated:

19

| Sent From: | Date | Time | Texts | Translation |
|---|---|---|---|---|
| A.B.J. | 11/17/2020 | 2:41 p.m. | *"Como bas migue"* | How are you Migue? |
| ORTIZ | 11/17/2020 | 3:24 p.m. | *"Aqui Al pasito Don tranquis"* | Here, chilling Sir. Chilling. |
| A.B.J. | 11/17/2020 | 6:54 p.m. | *"Como estas Miguel ya yegaste"* | How are you Miguel. Did you arrive? |
| A.B.J. | 11/17/2020 | 6:55 p.m. | *"Porque no pues contestas"* | Why don't you answer? |

41.     Based on my training and experience, I know that drug dealers often monitor the travel and progress of their drug couriers while they are transporting drugs or drug proceeds. I believe the A.B.J. wanted to check ORTIZ'S status on his drive from Georgia to Florida (*"how are you"*). In response, ORTIZ did not have anything to report (*"chilling"*). Later, A.B.J. wanted to know if ORTIZ had arrived in Florida with the methamphetamine (*"Did you arrive"*). The time between the transaction (approximately 9:00am) and the question about arrival in Florida (approximately 7:00 p.m.), is consistent with the drive time from Georgia to Florida and consistent with ORTIZ's previous trip.

42.     On December 14, 2020, between approximately 9:33 a.m. and 11:37 p.m., there were several text messages between telephone number (919) 915-2350, used by Unknown Co-Conspirator-4 ("UCC-4") and telephone number (504) 756-8125, used by ORTIZ. These messages were in Spanish. In summary the messages stated:

20

| Sent From: | Date | Time | Texts | |
|---|---|---|---|---|
| UCC-4 | 12/14/2020 | 9:33 a.m. | *"1296 n hwy 41 pink hill nc 28572"* | 1296 n hwy 41 pink hill nc 28572 |
| ORTIZ | 12/14/2020 | 9:58 a.m. | *"Estoy a 8min. En El dollar OigA. Ahorita llego"* | I will be there in eight minutes at the Dollar. Listen I will be there soon. |
| ORTIZ | 12/14/2020 | 10:56 a.m. | *"Ya mejor me vine don. Ay estamos"* | I just cameo ver, sir. There we are. |
| UCC-4 | 12/14/2020 | 11:01 a.m. | *"Ok burn viaje"* | Okay, safe travels |
| ORTIZ | 12/14/2020 | 11:36 a.m. | *"Gracias"* | Thank you. |

43.   I have reviewed images from the phone extraction of device assigned telephone number (504) 756-8125, used by ORTIZ.  The following pictures were taken on December 14, 2020 at approximately 10:41 a.m. and 10:42 a.m.:

   

IMG_20201214_1114148534.jpg

IMG_202012214_114219615.jpg

44.   Both photographs contained metadata with GPS coordinates.  I entered the GPS coordinates in publicly available mapping software, and I know that the photographs were taken at rural property southwest of Beulaville, NC.  The property

was approximately 20 minutes from 1296 North Highway 41, Pink Hill, NC.

45.     Based on my training and experience and based on the timing of the communications, I believe ORTIZ traveled to Pink Hill, NC to meet UCC-4.  Once ORTIZ arrived, he was directed to the property southwest of Beulaville, NC, where he took the above photographs.  I believe the shape and packaging of the bundles depicted in each photograph is consistent with kilograms of methamphetamine, therefore I believe each bundle is a kilogram of methamphetamine.  I believe ORTIZ traveled to North Carolina to retrieve at least 7 kilograms of methamphetamine and transport it back to Florida on behalf of the E.M.

46.     On December 21, 2020, law enforcement conducted a controlled narcotics purchase from E.M. of one kilogram of methamphetamine for $10,500, as described above.  E.M. used (386) 666-9922 during this transaction with CS-2.

47.     On December 27, 2020 between approximately 12:48 a.m. and 1:00 a.m., there were several text messages between telephone number 386-916-4125, used by Unknown Co-Conspirator-8 ("UCC-8") and telephone number (386) 588-9266, used by ORTIZ.  These messages were in English and Spanish.  In summary the messages stated:

| Sent From: | Date | Time | Texts | Translation |
| --- | --- | --- | --- | --- |
| UCC-8 | 12/26/2020 | 12:48 p.m. | *"Compa"* | Friend |
| ORTIZ | 12/26/2020 | 12:48 p.m. | *"Yea"* | Yea |
| UCC-8 | 12/26/2020 | 12:49 p.m. | *"Come over im here solo"* | Come over im here solo |
| UCC-8 | 12/26/2020 | 12:52 p.m. | *"Bring a 20"* | Bring a 20 |

| Sent From: | Date | Time | Texts | Translation |
|---|---|---|---|---|
| ORTIZ | 12/26/2020 | 12:59 p.m. | *"let ne see if somene around. Te lo llevo voy de Salida Para el Norte Compa"* | Let ne see if somene around. I will bring it to you, I am on my way north, brother |
| UCC-8 | 12/27/2020 | 1:00 a.m. | *"ok"* | ok |

48.     Based on my training and experience, I believe UCC-8, wanted $20 worth of methamphetamine (*"Bring a 20"*).  ORTIZ told UCC-8 that ORTIZ had to find someone that had methamphetamine (*"let ne see if somene around"*) and that ORTIZ would bring it to him (*"I will bring it to you"*).

49.     On December 27, 2020 between approximately 1:05 a.m. and 1:14 a.m., there were several text messages between telephone number (352) 537-0432, used by ONTIVEROS and telephone number (386) 588-9266, used by ORTIZ. ONTIVEROS was previously identified by CS-1 as a drug distributor and associate of ORTIZ and provided (352) 537-0432 as a phone number used by ONTIVEROS. These messages were in English and Spanish.  In summary the messages stated:

| Sent From: | Date | Time | Texts | Translation |
|---|---|---|---|---|
| ORTIZ | 12/27/2020 | 1:05 a.m. | *"U here"* | U here |
| ONTIVEROS | 12/27/2020 | 1:05 a.m. | *"Yeah"* | Yeah |
| ORTIZ | 12/27/2020 | 1:05 a.m. | *"El Larry query alg0"* | Larry wants something |

50.     Based on my training and experience and the timing of these texts, I

believe ORTIZ contacted ONTIVEROS to see if ONTIVEROS had the
methamphetamine that UCC-8 requested ("*Larry wants something*").

51.     On December 27, 2020 between approximately 1:15 a.m. and 1:18
a.m., there were several text messages between telephone number 386-916-4125,
used by UCC-8 and telephone number (386) 588-9266, used by ORTIZ.  These
messages were in English and Spanish.  In summary the messages stated:

| Sent From: | Date | Time | Texts | Translation |
|---|---|---|---|---|
| ORTIZ | 12/27/2020 | 1:15 a.m. | "*Compa*" | Brother |
| UCC-8 | 12/27/2020 | 1:15 a.m. | "*Yea*" | Yea |
| ORTIZ | 12/27/2020 | 1:16 a.m. | "*El jon tiene want me send him your way*" | Jon has, want me to send him your way |
| UCC-8 | 12/27/2020 | 1:16 a.m. | "*Yea*" | Yea |
| ORTIZ | 12/27/2020 | 1:18 a.m. | "*Medio por 25 or omas dub*" | Half for 25 or only dub |

52.     Based on my training and experience, I believe ORTIZ told UCC-8 that
ONTIVEROS has methamphetamine ("*Jon has*") and asked UCC-8 if he wanted
ONTIVEROS to deliver it to him ("*want me to send him your way*").  ORTIZ wanted
to know if UCC-8 wanted half a gram of methamphetamine for $25 ("*half for 25*") or
if UCC-8 only wanted $20 worth of methamphetamine ("*or only dub*").

53.     In the course of reviewing the data from ORTIZ's phones, law
enforcement became aware of (971) 335-4567 as a telephone number being used by
Unknown Co-Conspirator-5 ("UCC-5") to coordinate drug distribution activities.
After obtaining toll records for (971) 335-4567, law enforcement discovered

additional contacts indicating that UCC-5 was linked with other members of this same distribution network.   On January 9, 2021 at approximately 10:05 a.m., Mexican telephone number +52 55 6537-3530, used by A.B.J., was contacted by telephone number (971) 335-4567, used by UCC-5.  This call lasted approximately three minutes forty-six seconds. At approximately 1:57 p.m., Mexican telephone number +52 55 6537-3530, used by A.B.J., was contacted by telephone number (971) 335-4567, used by UCC-5.  This call lasted approximately four minutes ten seconds. Based on these calls, I believe A.B.J. and UCC-5 are associates.

54.    In the course of reviewing the data from ORTIZ's phones, law enforcement became aware of (512) 938-2215 as a telephone number being used by F.B. to coordinate drug distribution activities.  After obtaining toll records for (512) 938-2215, we discovered additional contacts indicating that F.B. was linked with other members of this distribution network.  On January 11, 2021 at approximately 12:40 a.m., Mexican telephone number +52 55 6537-3530, used by A.B.J., was contacted by telephone number (512) 938-2215, used by F.B.  This call lasted approximately four minutes two seconds.  At approximately 2:57 p.m., there was another call that lasted two minutes fifty-six seconds.  At approximately 7:14 p.m., there was a third call that lasted approximately one minute fifteen seconds.  Based on these calls and other facts learned during this investigation, I believe A.B.J. and F.B. are brothers.

55.    Between approximately 7:44 p.m. on January 11, 2021 and 12:14 a.m. on January 12, 2021 there were four text messages between (512) 938-2215, used by

25

F.B. and (504) 756-8125, used by ORTIZ. In summary the messages stated:

| Sent From: | Date | Time | Texts | Translation |
|---|---|---|---|---|
| ORTIZ | 01/11/2021 | 7:44 p.m. | *"10"* | 10 |
| F.B. | 01/11/2021 | 10:26 p.m. | *"909 ken st Austin"* | 909 ken st Austin |
| ORTIZ | 01/11/2021 | 10:26 p.m. | *"Ya sta"* | Got it. |
| ORTIZ | 01/12/2021 | 12:14 a.m. | *"Como a n cuanto tiempo"* | When |

56.     Based on my training, experience, and facts of this investigation, I believe ORTIZ traveled to Austin, Texas to pick up methamphetamine. I know that drug couriers often have to drop off money at a location prior to receiving narcotics. I believe F.B. directed ORTIZ to a house in Austin (*"900 ken st Austin"*) to drop off money for methamphetamine. After ORTIZ dropped off the money he wanted F.B. to tell ORTIZ when he could receive the methamphetamine (*"When"*).

57.     On January 12, 2021, between approximately 11:26 a.m. and 11:37 a.m. there were several text messages between (386) 490-0547, used by UCC-7 and (386) 588-9266, used by ORTIZ. In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| ORTIZ | 01/12/2021 | 11:26 a.m. |  |
| UCC-7 | 01/12/2021 | 11:27 a.m. | *"What's that babe"* |

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| ORTIZ | 01/12/2021 | 11:27 a.m. | *"Number sndboug give you addresses where I'm bout to go"* |
| UCC-7 | 01/12/2021 | 11:28 a.m. | *"Ok babe"* |
| ORTIZ | 01/12/2021 | 11:36 a.m. |  |
| ORTIZ | 01/12/2021 | 11:36 a.m. |  |
| UCC-7 | 01/12/2021 | 11:37 a.m. | *"Be safe babe"* |

58.     Based on my training, experience and facts of this investigation, I believe ORTIZ sent a screenshot showing an image of (971) 335-4567, the telephone number UCC-5 was using, a map depicting the location of where ORTIZ was meeting UCC-5 (*"addresses where I'm bout to go"*), and an image of the vehicle UCC-5 was driving. I believe ORTIZ sent these images to his significant other, UCC-7, to provide evidence of who ORTIZ met with in case he was robbed or injured during the deal (*"Be safe babe"*). I believe the phone number, location, and vehicle were all related to ORTIZ receiving methamphetamine to take back to Florida.

59.     In addition, on January 20, 2021, ORTIZ contacted the Beaumont PD to obtain a police report related to his arrest and the seizure of the methamphetamine.  Beaumont PD provided my information to ORTIZ.  ORTIZ contacted me from telephone number (850) 480-3691.  ORTIZ stated that he needed the police report from his arrest to prove he did not steal the methamphetamine from the people he worked for.  ORTIZ stated that the "cartel" was going to harm his family if he did not produce the report.  I provided ORTIZ the police report in person in Eustis Florida where we agreed to meet.

60.     Based on my training, experience, and the facts set forth above, I ORTIZ conspired with E.M. and other persons, both known and unknown, to distribute and possess with intent to distribute 10 pounds of methamphetamine on or about January 12, 2021.

### Background of Court Ordered Wiretap Investigation

61.     Over the course of the investigation, the Honorable Roy B. Dalton, United States District Judge, for the Middle District of Florida has authorized and reauthorized the interception of wire and electronic communications on the following telephone numbers, referred to throughout as the enumerated TARGET TELEPHONES:

| Target Tele. No. | Wire or Electronic | Date | phone number, IMSI/IMEI number | known to be used by: | Period of Interception |
|---|---|---|---|---|---|
| 1 | Electronic | 2/24/21 | (386) 561-3258 IMEI 3594195804693411 | E.M. | 2/24/21-3/11/21 |

| 2 | Wire/ Electronic | 2/24/21 | (386) 559-2307 IMEI 8648620425284604 | E.M. | 2/24/21- 3/25/21 |
|---|---|---|---|---|---|
| 1 | Electronic | 3/25/21 | (386) 561-3258 IMEI 3572600930976122 | G.A. and E.M. | 3/25/21- 4/7/21 |
| 2 | Wire/ Electronic | 3/25/21 | (386) 559-2307 and IMEI 8648620425284604 | E.M. | 3/25/21- 4/7/21 |
| 3 | Wire/ Electronic | 3/26/21 | (386) 268-4067 and IMEI 353689109624265 | E.M. | 3/25/21- 4/7/21 |
| 4 | Wire/ Electronic | 3/25/21 | (512) 938-2215 and IMEI 3530031193116400 | BENITEZ | 3/25/21- 4/23/21 |
| 4 | Wire/ Electronic | 4/27/21 | (512) 938-2215 and IMEI 3530031193116400 | BENITEZ | 4/28/21- 5/27/21 |
| 5 | Wire/ Electronic | 4/27/21 | (386) 507-4068 and IMEI 356074105192384 | WATSON | 4/28/21- 5/27/21 |
| 6 | Wire/ Electronic | 4/27/21 | (386) 559-1743 and IMEI 3529091193322009 | PEREZ | 4/28/21- 5/3/21 |
| 5 | Wire/ Electronic | 5/25/21 | (386) 507-4068 and IMEI 356074105192384 | WATSON | 5/25/21- 6/24/21 |
| 7 | Wire/ Electronic | 5/25/21 | (386) 785-3140 and IMEI 3521761035161612 | N.M. and J MARTINEZ | 5/25/21- 6/24/21 |
| 8 | Electronic | 5/25/21 | (352) 537-0432 and IMEI 356800119355793 | ONTIVEROS | 5/25/21- 6/24/21 |
| 9 | Wire | 5/25/21 | (386) 717-4253 and IMEI 351766112554036 | ALVARADO | 5/25/21- 6/24/21 |

## March 4, 2021 Distribution of 2 Pounds of Methamphetamine

62.     On March 4, 2021, at approximately 3:02 p.m., E.M., using TARGET TELEPHONE-2, called PEREZ, who was using TARGET TELEPHONE-6.[1] In summary, PEREZ said, "I'm pulling up to marrana's now." E.M. said, "Let me know what he says." On March 4, 2021, at approximately 3:04 p.m., surveillance observed PEREZ arrive at 107 Foster Lane, Crescent City, Florida, which is the residence of ALVARADO. CS-1 identified this location as ALVARADO'S residence and surveillance has seen ALVARADO leaving and entering the residence on multiple occasions.

63.     Based on my training and experience, I believe PEREZ called E.M. to tell him that he was arriving at ALVARADO'S residence ("*I'm pulling up to marrana's now*"). I have spoken to FBI Spanish linguists about this call. The term marrana is a derogatory term used to describe a person, similar to the way pig is used to describe a person in English, not usually a nickname for a person. I believe PEREZ and E.M. are using the term in this way to describe ALVARADO.

---

[1]     TARGET TELEPHONE-2 was used by E.M. to arrange a controlled distribution of a kilogram of methamphetamine to CS-2 on or about January 19, 2021. TARGET TELEPHONE-6 was subscribed to "Jose Perez" with a listed subscriber address of "300 Oleander St, Pomona Park, Florida." PEREZ listed 300 Oleander St, Pomona Park, Florida as his residence when released from the Florida Department Corrections on or about September of 2019. Additionally, surveillance has observed PEREZ at locations where and when the user of TARGET TELEPHONE-6 indicates that he would be there. Therefore, I believe PEREZ was the user of TARGET TELEPHONE-6.

64.     On March 4, 2021, at approximately 3:10 p.m., surveillance observed PEREZ exit his vehicle and walk up to ALVARADO's residence. Just prior to that, PEREZ called E.M. and told him that he was going to knock.

65.     On March 4, 2021, between 3:09 p.m. and 3:24 p.m., there were multiple text messages between E.M., using TARGET TELEPHONE-2, and PEREZ, who was using TARGET TELEPHONE-6. In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| E.M. | 03/4/2021 | 3:09 p.m. | *"Go too my house and get the money from the tahoe"* |
| PEREZ | 03/4/2021 | 3:10 p.m. | *"Ok he's here"* |
| E.M. | 03/4/2021 | 3:10 p.m. | *"On the door"* |
| E.M. | 03/4/2021 | 3:11 p.m. | *"Tell him I got More"* |
| PEREZ | 03/4/2021 | 3:14 p.m. | *"He said give un ratio"* |
| E.M. | 03/4/2021 | 3:17 p.m. | *"Go get money"* |
| E.M. | 03/4/2021 | 3:17 p.m. | *"From the tahoe"* |
| E.M. | 03/4/2021 | 3:20 p.m. | *"I don't have a ride"* |
| PEREZ | 03/4/2021 | 3:20 p.m. | *"Yea he got 2 for you"* |
| E.M. | 03/4/2021 | 3:21 p.m. | *"Tell him I the 6."* |
| E.M. | 03/4/2021 | 3:23 p.m. | *"Tell him I got 30 let I let him get it"* |
| PEREZ | 03/4/2021 | 3:23 p.m. | *"He knows he just had this for now"* |
| PEREZ | 03/4/2021 | 3:24 p.m. | *"Picking up money from Tahoe"* |

66.     Based on my training and experience, I believe there are two events being discussed in this conversation. Based on the prior call and surveillance, I know that PEREZ was inside the residence of ALVARADO. PEREZ told E.M. that ALVARADO was inside the residence ("*he's here*"). I believe E.M. sent PEREZ to the residence with a specific amount of money to acquire methamphetamine, but wanted PEREZ to tell ALVARADO that E.M. had more money ("*Tell him I got more*"). PEREZ told E.M. that ALVARADO needed more time ("*He said give un ratio*"). I believe PEREZ meant to type un ratito which translates to "little while." PEREZ told E.M. that ALVARADO had two pounds of methamphetamine ("*yea he got 2 for you*"). E.M. wanted PEREZ to relay to ALVARADO that he need six pounds of methamphetamine ("*Tell him I the 6*") and that E.M. would give ALVARADO $30,000 for six pounds of methamphetamine "*Tell him I got 30 let I let him get it*"). Based on this investigation, I know that $5,000 per pound of methamphetamine is consistent with the prices E.M. was paying during other transactions. At 3:23 p.m., surveillance observed PEREZ re-entering his vehicle and therefore PEREZ had already left the presence of ALVARADO. At 3:23 p.m., PEREZ told E.M. that ALVARADO knew he wants more methamphetamine ("He knows"), but ALVARADO only had the two pounds that were now in the possession of PEREZ ("*he just had this for now*"). During this same time, E.M. requested that PEREZ go to his house and collect money from E.M.'s house ("*Go too the house and get the money from the tahoe*"). E.M.'s home was in close proximity to

32

ALVARADO'S residence and surveillance observed PEREZ got to the residence and collect something from an occupant sitting inside of a black Tahoe.

### March 30, 2021 Distribution of 3 Ounces, 4 Ounces, and 16 Ounces of Methamphetamine

67.     On March 30, 2021, between approximately 11:34 a.m. and 12:33 p.m., there were multiple text messages between TARGET TELEPHONE-3, used by E.M. and TARGET TELEPHONE-5.[2] In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| E.M. | 03/30/2021 | 11:34 a.m. | *"U need more"* |
| WATSON | 03/30/2021 | 11:35 a.m. | *"Yeah"* |
| E.M. | 03/30/2021 | 11:35 a.m. | *"#?"* |
| WATSON | 03/30/2021 | 11:35 a.m. | *"8"* |
| E.M. | 03/30/2021 | 11:35 a.m. | *"You got the rest of thet"* |
| WATSON | 03/30/2021 | 11:36 a.m. | *"Yeah"* |
| E.M. | 03/30/2021 | 11:38 a.m. | *"Stop by $"* |
| WATSON | 03/30/2021 | 11:38 a.m. | *"Ok"* |
| WATSON | 03/30/2021 | 12:32 p.m. | *"I'm calling my crew to come here to the house for a gathering for a family photo"* |
| WATSON | 03/30/2021 | 12:33 p.m. | *"I mite have to park some cars some where won't have room for all over here."* |

---

[2]   TARGET TELEPHONE-3 was known to be used by E.M. and was found with him when he was shot and killed on April 7, 2021. TARGET TELEPHONE-5 is subscribed to an individual who lives at WATSON's home address and, over the course of the investigation, multiple conversations occurred on TARGET TELEPHONE-5 coinciding with drug distribution that was surveilled at WATSON's home.  Based on my knowledge of the investigation, I believe that WATSON was using TARGET TELEPHONE -5.

68.     Based on my training and experience, I believe E.M. asked WATSON if WATSON needed more methamphetamine (*"U need more"*) and WATSON confirmed that he did (*"Yeah"*). E.M. asked how much methamphetamine WATSON wanted (*"#?"*) and WATSON told him eight ounces (*"8"*). E.M. asked if WATSON had the money for methamphetamine E.M. previously provided (*"You got the rest of thet"*). When WATSON (*"Yeah"*) confirmed that he had the money, E.M. told WATSON to bring it to him (*"Stop by $"*). WATSON told E.M. that WATSON was going to have all his drug customers (*"calling my crew"*) come to WATSON'S house to receive methamphetamine (*"here to the house"*).

69.     On March 30, 2021, at approximately 5:10 p.m., TARGET TELEPHONE-3, used by E.M. called TARGET TELEPHONE-5, used by WATSON. In summary, E.M. said, *"You know on them sixteen, ima go and get them somewhere else cuz I can probably do a quarter cheaper, you know what I mean?"* WATSON replied, *"Yeah that's what we need."* E.M. said, *"That'll help you out and help me out."* E.M. said, *"So we'll just umm, go down the road when the sixteen one comes, but how many you need now?"* WATSON asked, *"What you talking on, what you talking about three fifty a zip for me?"* E.M. replied, *"Yeah."* E.M. said, *"But you need four right now do you right, or the dude still in the wind."* WATSON said, *"But I can call him and he'll come right back."* E.M. asked, *"How long it takes him to get there?"* WATSON said, *"I dunno, however long it takes him man, I mean from Mondex back here you know."* E.M. said, *"Alright tell him come on, I'm on, I'm, I'm on my way to your house."*

34

70.     Based on my training and experience, I believe WATSON wanted sixteen ounces of methamphetamine ("*on them sixteen*") from E.M. E.M. told WATSON that E.M. would go to a different methamphetamine supplier ("*get them somewhere else*") to get a better price ("*I can probably do a quarter cheaper*"). Based on my training and experience and subsequent phone calls, I do not believe E.M. actually went to another source of supply, but told WATSON this deal for the larger amount was coming from somewhere different so that E.M. would hold out the prospect of lower prices in the future and continue to charge WATSON higher prices for smaller deals between E.M. and WATSON. WATSON asked if his price for the sixteen ounce deal would be $350 per ounce of methamphetamine ("*you talking about 350 a zip for me*") and E.M. confirmed that would be the price ("*Yeah*"). E.M. asked WATSON if he still needed four ounces of methamphetamine right now ("*you need four right now*"). WATSON said his customer left already ("*he's been here and went home*"), but the customer would come right back ("*he'll come right back*"). E.M. told WATSON to call him back because E.M. was on his way to deliver four ounces of methamphetamine ("*I'm on my way to your house*"). Based on my training and experience, I know that $350 per ounce is consistent with methamphetamine and not consistent with other controlled substances. In addition, in subsequent texts and conversations E.M. and WATSON, WATSON refers to 16 ounces (a pound) as a "whole one," which is typically a description associated with methamphetamine, which is measured in pounds and kilograms, whereas other controlled substances are more often referred to by their metric measurements (kilograms).

35

71.     On March 30, 2021, at approximately 7:20 p.m., law enforcement observed a Red and White Jeep Cherokee parked at the residence of WATSON. Law enforcement followed the vehicle from WATSON'S residence to a gas station in Pierson, Florida and observed the driver of the vehicle. In the course of this investigation, the customer involved was identified and monitored on other intercepted communications with members of the conspiracy. Based on my knowledge of the investigation and my training and experience, I believe that the driver of the vehicle was the individual who received the three ounces of methamphetamines from WATSON that E.M. had distributed to WATSON.

72.     On March 30, 2021, at approximately 7:41 p.m., TARGET TELEPHONE-3, used by E.M. received a call from TARGET TELEPHONE-5, used by WATSON. In summary, WATSON said, "*You know you only gave me three fucking ounces right?*" E.M. said, "*I forgot to tell you dude.*" WATSON said, "*And look it wasn't even three ounces all the way.*" E.M. asked, "*How much?*" WATSON said, "*It was twenty-five grams.*" E.M. said, "*I'll tell Fat Boy.*" E.M. asked, "*You need one, the dude still there so I can tell him to haul ass here?*" WATSON said, "*He done cut a trail man, he paid me for the three and hauled ass.*" E.M. said, "*Damn it man.*" WATSON said, "*Well I got the other guy from the Mondex coming he wants fucking three and he might buy four.*" E.M. said, "*Alright.*" WATSON said, "*I need four for him and then I got the people from Dade City dude needing sixteen.*" E.M. said, "*Alright, I'ma go take that up and take it to Fatboy and get you uhh whatever you want.*"

36

73.     Based on my training and experience, WATSON told E.M. that E.M. gave him three ounces of methamphetamine instead of the four ounces he expected ("*You know you only gave me three fucking ounces right*"). WATSON told E.M. that one of the ounces was only twenty-five grams ("*It was twenty five grams*") instead of a full ounce (*i.e.*, 28 grams). WATSON told E.M. that his customer already paid for three ounces of methamphetamine and left ("*paid me for the three and hauled ass*"). Law Enforcement observed the customer at WATSON'S residence shortly before this call. In addition, WATSON told E.M. that he has another customer coming that might buy four ounces of methamphetamine ("*the other guy from the Mondex coming he wants fucking three and he might buy four.*") WATSON also told E.M. that he had a customer from Dade City who wanted the sixteen ounces of methamphetamine discussed earlier ("I got the people from Dade City dude needing sixteen"). E.M. told WATSON that he was going to go to his supplier, "Fatboy," and get the methamphetamine that WATSON needed ("*I'ma go take that up and take it to Fatboy and get you uhh whatever you want*").

74.     On March 30, 2021, between approximately 7:57 p.m. and 8:06 p.m., there were multiple text messages between TARGET TELEPHONE-3, used by MARTINEZ and TARGET TELEPHONE-6, used by PEREZ. In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| E.M. | 03/30/2021 | 7:57 p.m. | "*It was missing two geez*" |
| PEREZ | 03/30/2021 | 7:58 p.m. | "*Ok*" |

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| PEREZ | 03/30/2021 | 7:59 p.m. | *"I got you"* |
| E.M. | 03/30/2021 | 8:05 p.m. | *"I need 4 more"* |
| E.M. | 03/30/2021 | 8:06 p.m. | *"I got the money for the 3"* |
| E.M. | 03/30/2021 | 8:06 p.m. | *"I got the money too for the 4"* |
| E.M. | 03/30/2021 | 8:06 p.m. | *"Come to Seville"* |

75.     Based on my training and experience, I believe E.M. told PEREZ that one of the ounces he provided to E.M. was missing two grams (*"It was missing two geez"*). I believe the text was in reference to the methamphetamine that E.M. had provided WATSON. Therefore, I believe PEREZ provided three ounces of methamphetamine to E.M. and E.M. sold the methamphetamine to WATSON. E.M. told PEREZ that he needed four more ounces of methamphetamine (*"I need 4 more"*). E.M. told PEREZ that he had the money for the three ounces of methamphetamine already received from PEREZ (*"I got the money for the three"*) and he had the money for the four ounces of methamphetamine that he wanted from PEREZ (*"I got the money too for the 4"*).

76.     On March 30, 2021, at approximately 8:33 p.m., TARGET TELEPHONE-3, used by E.M. received a call from TARGET TELEPHONE-5, used by WATSON. In summary, WATSON said, *"The guy from the Mondex is on his way here, I mean he's gonna get three."* E.M. said, *"Alright."* WATSON said, *"Maybe four."* E.M. said, *"I'll be back in 15 mins, and then I'll grab some."*

77.     Based on my training and experience, I believe WATSON told E.M. that WATSON'S drug customer was on his way to WATSON'S house ("*on his way here*") to get three ("*gonna get three*") or four ("*maybe four*") ounces of methamphetamine.  E.M. confirmed that he was going to get the methamphetamine ("*I'll grab some*").

78.     On March 30, 2021, at approximately 9:25 p.m., TARGET TELEPHONE-3, used by E.M. received a call from TARGET TELEPHONE-5, used by WATSON.  In summary, E.M. said, "*I'm pulling in right now Cracker.*" WATSON replied, "*Alright.*"  WATSON was regularly referred to by conspirators as "Cracker" on intercepted communications.

79.     Based on my training and experience, I believe E.M. told WATSON that E.M. was about to arrive at WATSON'S house to deliver four ounces of methamphetamine ("*pulling in right now*").

80.     On March 30, 2021, at approximately 9:54 p.m., TARGET TELEPHONE-3, used by E.M. received a call from TARGET TELEPHONE-6, used by PEREZ.  In summary, E.M. said, "*Hey meet me at subway nigga, I got the money on me.*"  PEREZ said, "Alright."  E.M. said, "*Put sixteen aside cause I am going to meet a dude there.*"  PEREZ said, "*Huh?*"  E.M. said, "*The dude is going to show up, the one that wants sixteen.*"  PEREZ said, "*Yeah, I got them.*"  E.M. asked, "*Well where you at right now.*"  PEREZ said, "*Turning around in the hood.*"

81.     Based on my training and experience, I believe E.M. told PEREZ that he had money (*"got the money on me"*) for sixteen ounces of methamphetamine E.M. is selling to WATSON (*"the one that wants sixteen"*).  PEREZ confirmed that he had the sixteen ounces of methamphetamine (*"Yeah, I got them"*) and that he was on his way to meet E.M. (*"Turning around in the hood"*).

82.     On March 30, 2021, between approximately 10:01 p.m. and 10:06 p.m., there were multiple text messages between TARGET TELEPHONE-3, used by E.M. and TARGET TELEPHONE-5, used by WATSON.  In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| WATSON | 03/30/2021 | 10:01 p.m. | *"Hey come on what the hell you bringing me the hole one are what"* |
| WATSON | 03/30/2021 | 10:06 p.m. | *"These people drive from dade city there going to want to do this and go"* |

83.     Based on my training and experience, I believe WATSON wanted to know when E.M. was going to arrive with the sixteen ounces of methamphetamine (*"you bringing me the whole one are what"*).  WATSON told E.M. that WATSON'S drug customers were coming from Dade City and would want to get the methamphetamine and leave (*"These people drive from dade city there going to want to do this and go"*).

84.     On March 30, 2021, at approximately 10:06 p.m., TARGET TELEPHONE-3, used by E.M. received a call from TARGET TELEPHONE-5, used by WATSON.  In summary, WATSON said, *"You coming or what?"*  E.M. said,

"*Yeah for the sixteen*."  WATSON said, "Yeah."  E.M. said, "*I'm passing subway right now.*"

85.    Based on my training and experience, I believe WATSON asked E.M. if he was coming to meet WATSON ("*you coming or what*") to turn over the sixteen ounces of methamphetamine ("*for the sixteen*").  E.M. confirmed that he was on the way to WATSON'S house ("*passing Subway right now*").

86.    Based on the above facts, on March 30, 2021 E. Martinez coordinated with PEREZ to supply WATSON so that he could distribute three ounces of methamphetamine to a surveilled customer who  arrived at WATSON's home, four ounces of methamphetamine to the "guy from Mondex" (an area near Bunnell), a sixteen ounces of methamphetamine to the "people from Dade City."

## Death of E.M. and Continued Operation

87.    On April 6, 2021, E.M. was shot in the back while driving his vehicle in Crescent City, Florida.  There were three other passengers in the vehicle and preliminary information indicates that this was accidental and not related to the criminal conduct that is the focus of this investigation.  All three passengers attempted to tell officers that the shooting was done by an unknown stranger. When confronted about discrepancies between this story and the evidence, all three admitted that the passenger in the back of the vehicle was handling the firearm and accidentally fired it thinking it was not loaded. On April 7, 2021, E.M. died at a hospital in Orange Park, Florida as a result of the gunshot wound.

88.     Prior to E.M.'s death, intercepted communications, drug purchases, and confidential source information showed that E.M. conspired with ONTIVEROS, ORTIZ, BUENO, WATSON, ALVARADO, and others both known and unknown, to distribute methamphetamine and other narcotics in the Middle District of Florida.  Intercepted communications and surveillance showed that E.M. obtained kilograms of methamphetamine from PEREZ.  E.M. supplied kilograms of methamphetamine to WATSON and WATSON distributed the methamphetamine in Volusia, Putnam, Flagler and Polk Counties.  This investigation showed that PEREZ received methamphetamine from ALVARADO and ONTIVEROS.  After the E.M.'s death, WATSON began receiving methamphetamine from PEREZ, ONTIVEROS, ARROYO, and J MARTINEZ.  J MARTINEZ is the brother of E.M.  ALVARADO supplied methamphetamine to PEREZ, ONTIVEROS, and J MARTINEZ.

89.     On April 16, 2021, CS-2 met ALVARADO at the funeral of E.M.  This meeting was recorded.  After CS-2 told ALVARADO that CS-2 had been receiving methamphetamine from E.M., ALVARADO acknowledged that he had heard about CS-2 based on a prior drug transaction involving CS-2 and E.M.  CS-2 told ALVARADO that he would need a new source of supply since E.M. died. ALVARADO told CS-2 that he had a kilogram of cocaine that he could sell for $36,000.  CS-2 told ALVARADO that he was seeking methamphetamine and ALVARADO agreed to work with CS-2 when the methamphetamine arrived.

ALVARADO provided telephone number (386) 717-5929 to CS-2 as a number on which ALVARADO would conduct drug distribution.

### May 2, 2021 Discussion of Supply of 3-4 Pounds of Methamphetamine

90.    On May 2, 2021, between approximately 6:37 p.m. and 6:51 p.m., there were multiple text messages between TARGET TELEPHONE-5, used by WATSON and TARGET TELEPHONE-8, used by ONTIVEROS.[3]  In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| ONTIVEROS | 05/02/2021 | 6:37 p.m. | *"Yo"* |
| WATSON | 05/02/2021 | 6:47 p.m. | *"Yo I'll be home in a couple hours had to go work to day on a truck will be done will stop by on way home"* |
| ONTIVEROS | 05/02/2021 | 6:48 p.m. | *"Ok I got like 9 left how many more you gonna need so I can tell my ppl to send another chunk"* |
| WATSON | 05/02/2021 | 6:49 p.m. | *"Get three or four"* |
| ONTIVEROS | 05/02/2021 | 6:49 p.m. | *"Whole things or oz?"* |
| WATSON | 05/02/2021 | 6:50 p.m. | *"Whole thing"* |
| ONTIVEROS | 05/02/2021 | 6:50 p.m. | *"Alright"* |
| WATSON | 05/02/2021 | 6:50 p.m. | *"Things are going to pic up because of what happen in Polk co twi days ago"* |
| WATSON | 05/02/2021 | 6:51 p.m. | *"And in Deltona"* |
| ONTIVEROS | 05/02/2021 | 6:51 p.m. | *"We'll talk"* |

---

[3]   CS-1 provided TARGET TELEPHONE-8 as the telephone number for ONTIVEROS and this information is consistent with intercepted communications where ONTIVEROS is referred to on monitored telephone calls referencing his known alias and variant of his first name, "Jon Jon." Therefore, I believe ONTIVEROS is the user of telephone number TARGET TELEPHONE-8.

91.    Based on my training and experience, I believe WATSON told ONTIVEROS that he would bring drug money to ONTIVEROS when WATSON was on his way home ("*will stop by on way home*").  ONTIVEROS told WATSON that he had nine ounces of methamphetamine left ("*I got like 9 left*") and wanted to know how much methamphetamine WATSON was going to need ("*how many more you gonna need*") so that ONTIVEROS could order more methamphetamine from ONTIVEROS' drug suppliers ("*so I can tell my people to send another chunk*"). WATSON told ONTIVEROS that he was going to need three or four more pounds of methamphetamine ("*Get three or four*").  ONTIVEROS asked if WATSON wanted three or four more ounces of methamphetamine or three or four more pounds of methamphetamine ("*Whole things or oz?*") and WATSON confirmed that he need pounds of methamphetamine ("*Whole thing*").  I know that between April 28, 2021 and April 29, 2021, the Volusia County Sheriff's Office made sixteen drug related arrests in and around Deltona, Florida.  I know that on April 30, 2021, the Polk County Sheriff's Office publicly released information about a large scale methamphetamine investigation which resulted in the seizure of 1,400 pounds of methamphetamine.  Neither of these investigations were related to this investigation. I know that when drug traffickers are arrested, other drug traffickers attempt to obtain their customers.  WATSON told ONTIVEROS that WATSON'S methamphetamine business is going to increase ("*Things are going to pic up*") because

of all the arrests in Polk County (*"because of what happen in Polk co twi days ago"*) and Volusia County (*"in Deltona"*).

92.     Based on the above facts, on May 2, 2021, ONTIVEROS agreed to provide nine ounces of methamphetamine to WATSON and the two discussed increasing WATSON's supply to so that they could satisfy expected demand based on law enforcement efforts to crack down on methamphetamine distribution.

### May 5, 2021 and May 12, 2021 Distribution of 8 Ounces of Methamphetamine and Exchange of Drug Proceeds

93.     On May 5, 2021, between 4:40 p.m. and 6:06 p.m., there were multiple text messages between WATSON, using TARGET TELEPHONE-5 and ONTIVEROS, using TARGET TELEPHONE-8.  In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| WATSON | 5/5/2021 | 4:40 p.m. | *"Hey bring me 8 if you gotthem"* |
| ONTIVEROS | 5/5/2021 | 4:40 p.m. | *"Ok"* |
| ONTIVEROS | 5/5/2021 | 6:06 p.m. | *"Outside *"* |

94.     Based on my training and experience, I believe WATSON wanted ONTIVEROS to provide eight ounces of methamphetamine to WATSON ("bring me 8 if you gotthem").  ONTIVEROS agreed ("Ok").  ONTIVEROS told WATSON he was outside (*"Outside *"*) of WATSON'S residence.

95.     On May 12, 2021, between 2:34 a.m. and 3:06 a.m., there were multiple text messages between WATSON, using TARGET TELEPHONE-5 and ONTIVEROS, using TARGET TELEPHONE-8.  In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| WATSON | 5/12/2021 | 2:34 a.m. | *"Hey you got 8"* |
| ONTIVEROS | 5/12/2021 | 2:36 a.m. | *"Let me check real quick"* |
| WATSON | 5/12/2021 | 2:36 a.m. | *"Bring me over 8 plus pick up this money"* |
| ONTIVEROS | 5/12/2021 | 2:39 a.m. | *"Damn I ain't gonna lie I only got 2 rn but I can shoot you the rest tomorrow"* |
| ONTIVEROS | 5/12/2021 | 2:39 a.m. | *"You got the rest of that other one?"* |
| WATSON | 5/12/2021 | 2:40 a.m. | *"I got fourteen of it"* |
| ONTIVEROS | 5/12/2021 | 2:42 a.m. | *Alright cause we were at 2480 so it'll leave us at 1080 but if you want to come for the 2 and I'll stop by tomorrow and bring yo the rest or unless you wan"* |
| ONTIVEROS | 5/12/2021 | 2:42 a.m. | *"na wait till tomorrow it's up to you"* |
| WATSON | 5/12/2021 | 2:43 a.m. | *"I got 16 gone in between now and then"* |
| ONTIVEROS | 5/12/2021 | 2:44 a.m | *"Wym"* |
| WATSON | 5/12/2021 | 2:44 a.m. | *"Buy tomorrow afternoon I can get ride of a hole one"* |
| ONTIVEROS | 5/12/2021 | 2:46 a.m. | *"Ok yeah I'm get it tomorrow morning I'm grab 2 of them"* |
| WATSON | 5/12/2021 | 2:46 a.m. | *"I'll come trew and snag what you got"* |
| WATSON | 5/12/2021 | 2:46 a.m. | *"An drop off this money"* |
| ONTIVEROS | 5/12/2021 | 2:47 a.m. | *"Ok try get as much as you can so I can have some flow I'm go all in on mine"* |
| WATSON | 5/12/2021 | 2:50 a.m. | *"Ok I will I'll be there in a few"* |
| WATSON | 5/12/2021 | 3:06 a.m. | *"Hey I pulled up"* |

96.     Based on my training and experience, I believe WATSON wanted
ONTIVEROS to deliver eight ounces of methamphetamine to WATSON ("bring me
over 8") and wanted ONTIVEROS to pick up money WATSON owed to
ONTIVEROS for a previous delivery of methamphetamine ("and pick up this
money"). ONTIVEROS told WATSON that he only had two ounces of
methamphetamine now but could get the rest tomorrow ("*I ain't gonna lie I only got 2
rn but I can shoot you the rest tomorrow*"). ONTIVEROS asked WATSON if he had all
the money for the methamphetamine previously delivered ("*you got the rest of that
other one*") and WATSON told ONTIVEROS that he had $1,400 of it ("*I got fourteen
of it*"). ONTIVEROS told WATSON that he owed $2,480 ("*we were at 2480*") and
that WATSON would still owe $1,080 after he provides the $1,400 to ONTIVEROS
("*so it'll leave us at 1080*"). ONTIVEROS told WATSON he could pick up the two
ounces of methamphetamine that ONTIVEROS had now and ONTIVEROS would
get the rest tomorrow ("*if you want come for the 2 and I'll stop by tomorrow and bring you
the rest*"). WATSON told ONTIVEROS that he could sell sixteen ounces or one
pound ("*I got 16 gone*" and "*Buy tomorrow afternoon I can get ride of a hole one*").
ONTIVEROS confirmed that he would get two pounds of methamphetamine
tomorrow ("*tomorrow morning I'm grab 2 of them*"). WATSON confirmed that he was
coming now to get the two ounces of methamphetamine that ONTIVEROS
currently had ("*I'll come trew and snag what you got*") and drop off $1,400 of the money
he owed ONTIVEROS ("*And drop off this money*"). Later WATSON confirmed that

he was outside of ONTIVEROS's location to receive two ounces of methamphetamine ("*I pulled up*"). Based on my training and experience and knowledge of the case, I know that the prices involved and references to 16 ounces as a "hole one" are consistent with methamphetamine.

### May 23, 2021 Distribution of One Ounce of Methamphetamine

97.     On May 23, 2021, between 8:55 a.m. and 12:39 a.m., there were multiple text messages between WATSON, using TARGET TELEPHONE-5 and ARROYO, who was using telephone number (386) 559-8923.[4]   In summary the messages stated:

| Sent From: | Date | Time | Texts |
| --- | --- | --- | --- |
| WATSON | 5/23/2021 | 8:55 a.m. | *"Yo Franky come buy"* |
| WATSON | 5/23/2021 | 8:56 a.m. | *"Bring me a zip of go fast"* |
| ARROYO | 5/23/2021 | 12:27 p.m. | *"On m way now"* |
| WATSON | 5/23/2021 | 12:30 p.m. | *"Waiting on u"* |
| ARROYO | 5/23/2021 | 12:30 p.m. | *"okay"* |
| ARROYO | 5/23/2021 | 12:39 p.m. | *"I'm outside"* |

98.     On May 23, 2021, at approximately 12:38 p.m., surveillance observed an aluminum Chevrolet Trailblazer arrive at WATSON'S residence. On other

---

[4]   During multiple intercepted communications the user of telephone number (386) 559-8923 is referred to as "Franky", a variation of Francisco, which is ARROYO'S first name. In addition, there are text messages where ARROYO, using telephone number (386) 559-8923, identifies his date of birth and email address. Therefore, I believe ARROYO is the user of telephone number (386) 559-8923.

occasions, surveillance observed this same vehicle parked at a location known to be a stash house for this drug trafficking operation and officers were able to obtain a license tag for the vehicle. The vehicle is registered to Jorge Arroyo Corona at 1512 33rd Ave E Apt 4, which is the same address ARROYO provided to the Department of Motor Vehicles. I believe that aluminum Chevrolet Trailblazer was driven by ARROYO.

99. Based on my training and experience, I believe WATSON wanted ARROYO ("*Yo Franky*") to bring him one ounce of methamphetamine ("*Bring me a zip of go fast*"). ARROYO confirmed that he would bring it to WATSON ("*On my way*"). At 12:38 p.m., surveillance observed an aluminum Chevrolet Trailblazer arrived at WATSON'S residence and one minute later ARROYO told WATSON he was outside ("*I'm outside*"). Based on the timing of the message and the facts stated above, I believe ARROYO was the driver of the Chevrolet Trailblazer and delivered one ounce of methamphetamine to WATSON.

100. On May 29, 2021, at approximately 8:35 p.m., TARGET TELEPHONE-5, used by WATSON received a call from telephone number (386) 559-8923, used by ARROYO. In summary, ARROYO said, "*I'm gonna swing in for a minute, your place.*" WATSON said, "*Yeah.*" ARROYO said, "*Yo dude this shit's even better than the last one.*" WATSON said, "*Oh lordy, my kinda guy.*" ARROYO said, "*I'm telling you.*" WATSON said, "*Hey my people loved it, the powder the other day you got.*" ARROYO said, "*Yeah.*" WATSON said, "*The girl, they loved that shit man.*" WATSON said, "*But the other one, the go fast shit, everyone loved that too.*"

49

101. Based on my training and experience, I believe ARROYO told WATSON that he was going to stop by WATSON house ("*gonna swing in for a minute your place*") to deliver cocaine ("*this shit*") that was better quality than the last batch of cocaine WATSON received ("*even better than the last one*"). WATSON told ARROYO that his drug customers loved the previous batch of cocaine he received ("*my people loved it, the powder the other day you got*" and "*the girl they loved that shit man*"). WATSON then told ARROYO that WATSON'S customers also loved the methamphetamine ARROYO provided ("*the other one, the go fast shit, everyone loved that too.*"). Based on my training and experience, I know that "girl" is common drug lingo for cocaine and "go fast" is a reference to methamphetamine. Based on my training and experience and knowledge of the case, I believe that ARROYO supplied WATSON with one ounce of methamphetamine on May 23, 2021.

### May 28, 2021 Controlled Purchase of a Kilogram of Methamphetamine

102. On May 28, 2021, starting at 10:07 am, at the direction of DEA, CS-3 placed a series of text messages to J MARTINEZ, who was using TARGET TELEPHONE-7.[5] In summary the messages stated:

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| J MARTINEZ | 5/28/2021 | 1:04 pm | *"What you want just that one girl"* |

---

[5] TARGET TELEPHONE-7 is subscribed to "Jose Home" with listed address ("104 McCarty's ct Crescent City FL", which is the address of J MARTINEZ'S parents. Additionally, surveillance has observed J MARTINEZ at locations where and when the user of TARGET TELEPHONE-7 indicates they will be there. In addition, in this instance, CS-3 arranged to meet with and did meet with J MARTINEZ through the use of TARGET TELEPHONE-7 to conduct drug distribution. Therefore, I believe J MARTINEZ was the user of TARGET TELEPHONE-7

| Sent From: | Date | Time | Texts |
|---|---|---|---|
| CS-3 | 5/28/2021 | 1:05 pm | *"Ice cream"* |
| J MARTINEZ | 5/31/2021 | 1:05 p, | *"how many"* |
| CS-3 | 5/31/2021 | 9:48 p.m. | *"Whole thing"* |

103.    Based on my training and experience, I know that drug distributors will often engage in coded communications as a means of counter-surveillance and that "girl" is commonly used code meaning cocaine and "ice" or similar code, such as "ice cream," is used to mean methamphetamine. Based on my training and experience and knowledge of the investigation, I believe that CS-3 was conveying to J MARTINEZ that he was interested in purchasing a kilogram of methamphetamine.

104.    On May 28, 2021, at approximately 1:33 p.m., J MARTINEZ, using TARGET TELEPHONE-7, called ALVARADO, who was using TARGET TELEPHONE-9.[6] In summary, J MARTINEZ said, *"The snow, well, the other one,*

---

[6]  On or about May 28, 2021, ALVARADO was using TARGET TELEPHONE-9. As noted above, on April 16, 2021, ALVARADO provided telephone number (386) 717-5929 to CS-2 as a contact point to be used for drug distribution when ALVARADO and CS-2 spoke at E.M.'s funeral. On May 4, 2021, telephone number (386) 717-5929, used by ALVARADO, was no longer used to make outgoing calls. An analysis of pen/trap data for TARGET TELEPHONE-7 and TARGET TELEPHONE-8 indicated that TARGET TELEPHONE-9 was the replacement phone for telephone number (386) 717-5929. Further, TARGET TELEPHONE-9 started contacting TARGET TELEPHONE-8 on May 3, 2019 and started contacting TARGET TELEPHONE-7 on May 4, 2019, the same time that telephone number (386) 717-5929 stopped making outgoing calls. TARGET TELEPHONE-9 was activated on May 3, 2021, and first used on May 3, 2021. TARGET TELEPHONE-9 is subscribed to "Prepaid Customer," as was telephone number (386) 717-5929. An analysis of records for TARGET TELEPHONE-9 from May 3, 2021 to May 7, 2021, revealed that TARGET TELEPHONE-9 was in contact with a total of 28 phones. Out of those 28 phones, 15 phones (53%) also were

*not, not about the girl but the other kind.*"   ALVARADO replied, "*The other kind?*"   J

MARTINEZ said, "*You have a whole one right?*"   ALVARADO said, "*Uh, I think.*"   J

MARTINEZ said, "*I am about to arrive right now with Tino.*"   ALVARADO said, "*I'm*

*going to tell this dude right now to go check it.*"

105.   Based on my training and experience, I believe J MARTINEZ needed

to obtain methamphetamine from ALVARADO to provide to CS-3. J MARTINEZ

called ALVARADO to see if ALVARADO had one kilogram ("*a whole one*") of

methamphetamine ("*the snow, well, the other one, not, not about the girl*").

ALVARADO told J MARTINEZ that he was going to send an unknown person to

check if there was one kilogram ("*I'm going to tell this dude right now to go check it*").

106.   On May 28, 2021, at 1:39 p.m., J. MARTINEZ, using TARGET

TELEPHONE-7, called CS-3.  In summary, J MARTINEZ asked, "You want the

other one?"  CS-3 said, "Yeah."  J MARTINEZ said, "Um, uh, alright I am going to

see how much I got left right now, um, uh shit, if I do got it are you going to come to

the barrio?"  CS-3 said, "Yeah."

107.   Based on my knowledge of the investigation, I know that the "Barrio"

referred to a specific trailer park in Crescent City, Florida and both participants on

the phone call understood its meaning.  Based on training and experience and

---

in contact with telephone number (386) 717-5929.  The analysis also showed a total number
of 441 calls over TARGET TELEPHONE-9 over the time period analyzed.  Out of those 441
calls over TARGET TELEPHONE-9, 318 calls (72%) were with phone that were also in
contact with telephone number (386) 717-5929.  Based on the foregoing, I believe TARGET
TELEPHONE-9 was a replacement phone for telephone number (386) 717-5929 and both were
used by ALVARADO.

knowledge of the investigation, I believe that J. MARTINEZ was conveying to CS-3 that that he needed to determine his supply of methamphetamine to see if he could accommodate CS-3's desire to purchase a kilogram of it.

108.    On May 28, 2021, at approximately 1:52 p.m., J MARTINEZ, using TARGET TELEPHONE-7, received a call from ALVARADO, who was using TARGET TELEPHONE-9. In summary, ALVARADO said, "*Yes, it's a go.*" J MARTINEZ said, "*Okay, so, how much.*" ALVARADO said, "*Yes.*" J MARTINEZ asked, "*Seven, seven and a half?*" ALVARADO said, "*Yes, right now, or do you want him to wait?*" J MARTINEZ said, "*No right now, I am here also right across from your house.*" ALVARADO said, "*Okay then he can give it to you there.*" J MARTINEZ said, "*Uh how much then, seven?*" ALVARADO replied, "*Yes.*"

109.    Based on my training and experience, I believe ALVARADO called J MARTINEZ to confirm that he had the one kilogram of methamphetamine they discussed earlier ("*yes, it's a go*"). ALVARADO asked if J MARTINEZ wanted it now ("*right now*") and J MARTINEZ confirmed that he is ready ("right now") and that J MARTINEZ was across the street from ALVARADO'S house  ("*I am here also right across from your house*"). ALVARADO confirmed that an unknown male ("*he*") would provide the kilogram of methamphetamine to J MARTINEZ at TARGET RESIDENCE-1 ("*he can give it to you there*"). J MARTINEZ asked if the price for the kilogram of methamphetamine would be $7,000 ("*how much then, seven*") and ALVARADO confirmed it would be ("*Yes*").

110.    On May 28, 2021, at 1:53 p.m., J. MARTINEZ, using TARGET

TELEPHONE-7, called CS-3.  In summary, J MARTINEZ said, "*Alright, go ahead*

*and come.*"

111.    At approximately the same time, members of the DEA Task Force 1,

along with special agents of the FBI and members of the Putnam County Sheriff's

Office, were working with CS-3 to conduct this controlled buy operation for the one

kilogram of methamphetamine from J MARTINEZ.  In this operation, CS-3 and a

Clay County Sheriff's Office acting a DEA Undercover Employee (UCE) drove to

the area that CS-3 understood to be referred to in the conversations with J.

MARTINEZ known as the "*Barrio.*"

112.    At approximately 1:57 pm, CS-3 entered the vehicle used by the UCE

and traveled to the area of Highway 17 South and Silver Pond Road. TFO Faircloth,

CCSO Detective Randall Cox, and with the assistance of the United Stated Customs

and Border Protection Air and Marine Unit aircraft (CBP), conducted constant

audio and visual monitoring of deal. At the same time, multiple other DEA Agents,

Putnam County Sheriff's Office Narcotics Unit (PCSO), and Federal Bureau of

Investigation's (FBI) agents were in the area of Highway 17 South near Silver Pond

Road, to assist with surveillance.

113.    At approximately 2:10 pm, CS-3, driven by UCE, arrived in the area of

107 Temple Drive. At the same time, a red Ford F-150 (Florida Tag # Z720BL

registered to Enedelia Gomez De Martinez (mother of J MARTINEZ) was observed

by the UCE backed into the driveway of 109 Temple Drive.

114.   At approximately 2:12 pm, CS-3 exited the UCE vehicle and made contact with J MARTINEZ, who was sitting in the driver's seat of the red Ford F-150. Through use of the audio transmitting device, TFO Faircloth and I could hear CS-3 and MARTINEZ talking about the price of the drugs and could hear the J MARTINEZ counting the money. CS-3 was provided $9,500 in official funds to pay for the kilogram of methamphetamine – a price that was known in advance based on CS-3's prior knowledge of prices paid to J. MARTINEZ and associates. CS-3 provided $9,500 to J. MARTINEZ in the truck. At approximately 2:14 pm, the deal was completed and CS-3 returned to the UCE vehicle carrying a bag of suspected methamphetamine. The substances have been submitted for testing at the DEA laboratories. At approximately 2:16 pm, J MARTINEZ got out of the truck and went to the passenger window of the UCE vehicle. CS-3 was able to introduce the UCE to J MARTINEZ, who leaned in and shook the UCE's hand and told the UCE to get his number from CS-3.

115.   Based on my training experience and knowledge the case, I believe that on May 28, 2021, J MARTINEZ coordinated with ALVARADO to supply CS-3 with one kilogram of methamphetamine.

116.   Based on my training, experience, and the facts set forth above, I believe that ALVARADO, BUENO, ORTIZ, WATSON, J MARTINEZ, PEREZ, ONTIVEROS, and ARROYO, other persons, both known and unknown, conspired to distribute and possess with intent to distribute controlled substances, including

55

methamphetamine, a schedule II controlled substance. in the Middle District of

Florida.

This concludes my affidavit.

Robert W. Corley
Special Agent
Federal Bureau of Investigation


Affidavit submitted by email and attested to me
as true and accurate via telephone or video conference,
consistent with Fed. R. Crim. P. 4.1 and 4(d), before me
this ___16th___ day of ___July___, 2021.

LESLIE R. HOFFMAN
United States Magistrate Judge


I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

U.S. District Court - FLMD

BY: